IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SHANE SERRANT | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| SHANE SERRANT, DEBTOR | : | |
| | : | Case No. 20-20357 MCR |
| Movant, | : | Chapter 13 |
| | : | |
| v. | : | |
| | : | |
| HLG CUSTOM HOMES, LLC, CREDITOR | : | |
| | : | |
| and | : | |
| | : | |
| TIMOTHY P. BRANIGAN, TRUSTEE | : | |
| | : | |
| Respondent(s). | : | |

**DEBTOR'S REPLY TO HLG CUSTOM HOMES, LLC'S
RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC
STAY, MOTION TO DISMISS AND REQUEST FOR HEARING**

Shane Serrant ("Movant"), by his attorney, Offit Kurman, P.A., files this Reply to HLG Custom Homes, LLC's ("HLG") Response to Motion for Relief from Automatic Stay, Motion to Dismiss and Request for Hearing ("Response") as follows:

1. The Response filed by HLG may or may not be a basis to object to the confirmation of Debtor's Chapter 13 Plan of Reorganization, but none of the issues raised in HLG's Response are relevant to the relief requested in Movant's Motion for Relief to adjudicate an appeal which is scheduled for oral argument on January 11, 2021 before the Court of Special Appeals to determine whether the Circuit Court for Prince George's County erred by entering a

1

final order establishing a mechanics lien against property of the Debtor held as tenants by the entirety with his spouse.

    2.    Movant further asserts that a hearing before the court is unnecessary and requests that the Motion and Response filed thereto be decided on the pleadings.  At the court's direction, Movant will upload an Order granting the Motion.

WHEREFORE, the Movant requests the entry of an order modifying the automatic stay herein for the purpose of allowing Movant and HLG to adjudicate the appeal by appearing before the Court of Special Appeals on January 11, 2021 in Case No. CSA-REG-1645-2019 to present oral argument and for the entry of a final order resolving the issues presented on appeal.

Date: December 18, 2020      */s/ Gregory P. Johnson*
    Gregory P. Johnson, Esquire (# 09747)
    OFFIT|KURMAN, P.A.
    8171 Maple Lawn Blvd., #200
    Fulton, MD 20759
    O (301) 575-0300
    F (301) 575-0335
    gjohnson@OffitKurman.com
    *Counsel for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Movant's Reply to HLG's Response to Motion for Relief from Stay will be served electronically by the Court's CM/ECF system on the following;

- Timothy P. Branigan at cmecf@chapter13maryland.com
- Rowena Nicole Nelson at rnelson@rnnlawmd.com; paralegal@rnnlawmd.com;attorney@rnnlawmd.com; NelsonRR90047@notify.bestcase.com
- Brian D. Lyman at BDL@hbdlaw.com

I hereby further certify that on the 18th day of December 2020, a copy of the Movant's Reply to HLG's Response to Motion for Relief from Stay was also mailed first class mail, postage prepaid to:

Shane Serrant
2902 Westbrook Lane
Bowie, MD 20721
*Debtor*

                                                */s/ Gregory P. Johnson*
                                                Gregory P. Johnson, Esq.

4826-5225-3140, v. 1