United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-20357-MCR
Shane Serrant  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0  User: jwhitfiel  Page 1 of 2
Date Rcvd: Feb 01, 2021  Form ID: ntchrgb2  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shane Serrant, 2902 Westbrook Lane, Bowie, MD 20721-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian D. Lyman | BDL@hbdlaw.com |
| Gregory P. Johnson | gjohnson@offitkurman.com jjenkins@offitkurman.com |
| John C. Gordon | johngordon@me.com jcglaw@icloud.com |
| Kevin R. Feig | bankruptcymd@mwc-law.com |
| Rowena Nicole Nelson | rnelson@rnnlawmd.com paralegal@rnnlawmd.com,attorney@rnnlawmd.com,NelsonRR90047@notify.bestcase.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

District/off: 0416-0 | User: jwhitfiel | Page 2 of 2
Date Rcvd: Feb 01, 2021 | Form ID: ntchrgb2 | Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

In re:   Case No.: **20−20357 − MCR**   Chapter: **13**

**Shane Serrant**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 2/23/21 at 02:30 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688)

to consider and act upon the following:

20 − Trustee's Motion to Dismiss Case for other reasons − debt limit − Filed by Timothy P. Branigan. (Branigan, Timothy)

22 − Opposition on behalf of Shane Serrant Filed by Rowena Nicole Nelson (related document(s)20 Trustee's Motion to Dismiss Case filed by Trustee Timothy P. Branigan). (Attachments: # 1 Proposed Order # 2 Matrix) (Nelson, Rowena)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/1/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield
301−344−0585

Form ntchrgmdb (rev. 06/08/2020)