Entered: January 24th, 2022
Signed: January 24th, 2022

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT GREENBELT

| | |
|---|---|
| **In re:**<br><br>**SHANE SERRANT,**<br><br>   Debtor. | Case No. 20-20357-MCR<br>Chapter 7 |
| **JANET M. NESSE, TRUSTEE,**<br><br>   Plaintiff,<br><br>v.<br><br>**SHANE SERRANT, et al.**<br><br>   Defendants. | Adversary Number: 21-00188-MCR |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE
AND SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019**

Before the Court is the *Motion for Approval of Compromise and Settlement Between the Trustee and Shane Serrant and LeeAnn Serrant Pursuant to Fed. R. Bankr. P. 9019* (the "Motion")

1

filed by Janet M. Nesse, Chapter 7 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor"), seeking approval of a settlement (the "Settlement") with the Debtor and his wife, LeeAnn Serrant (collectively the "Defendants"). It appears to the Court that the Motion and Notice of Motion was served on all necessary parties and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have all the meanings ascribed to them in the Motion; and it is further

ORDERED, that the Trustee and the Defendants are hereby authorized and directed to take any and all necessary actions to implement the Settlement, as described in the Motion and the Settlement; and it is further

ORDERED, that any agreements in the Settlement that were conditional on approval of the Settlement are deemed ratified.

**END OF ORDER**

Copies to:

United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Justin Fasano
Janet M. Nesse
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com