**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In Re:   Shane Serrant                                                                                       Case No. 20-20357
                                                                                                                            Chapter 7

**********************************
CITIZENS BANK NA f/k/a RBS CITIZENS
NA, Movant (Citizens Bank, N.A.), Servicer

vs.

Shane Serrant, Debtor
Janet M. Nesse, Trustee
                Respondent(s)


**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**Real Property at 2902 Westbrook Lane, Bowie, MD 20721**

Comes now CITIZENS BANK NA f/k/a RBS CITIZENS NA, Movant (Citizens Bank, N.A.), Servicer herein, by Kevin Feig, Esq., its attorney and respectfully represents:

   1.   This Motion is filed pursuant to 11 U.S.C. Sec. 362 d through f, and 28 U.S.C. Section 1334 and Section 157, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor.

   2.   As of September 13, 2022, the current amount due to the Movant is approximately $1,196,858.12, which includes: a principal balance in the amount of $1,100,982.38; interest in the amount of $86,728.86 through September 13, 2022; escrow/impound overdraft in the amount of $9,096.88; and recording fee in the amount of $50.00.

   3.   As of September 13, 2022, the Debtor has failed to pay the payment(s) for the months of October 2020 to September, so that the arrears are **$163,796.66,** which include: payment in the amount of $7,716.80 for the month of October 2020; $7,065.44 for the month of November 2020; and $7,096.11 for the months of December 2020 through September 2022 per month less suspense balance of $7,100.00. The current monthly payment is $7,096.11.

   4.   In addition to the other amounts due to Movant reflected in the Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $950.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award of allowance of such fees and expenses in accordance with applicable loan documents and related

agreements, the Bankruptcy Code and other applicable law.

5.  The Movant is inadequately protected by the Debtor(s) failure to make the payments which may include an escrow for taxes and insurance.

6.  In his/her Schedules, the Debtor(s) list(s) a current market value of $1,080,200.00 for the real property.  There is no equity in the real property above the secured debt and the real property has no value to the bankruptcy estate.

7.  Therefore, cause exists to grant relief from stay.  Movant lacks adequate protection and continues to be irreparably harmed by the continuation of the Stay of 11 U.S.C. Sections 362(a) and 1301, if applicable.

### NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

Creditor will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records are available for inspection by the adverse party upon demand.

8.  The Movant is the holder of a Note secured by a Deed of Trust dated June 10, 2016, and recorded among the land records of Prince George's County, Maryland, and which encumbers the property of the Debtor at 2902 Westbrook Lane, Bowie, Maryland 20721.

WHEREFORE, the Movant prays this Honorable Court to issue an Order

1.  Lifting the Automatic Stay as to the Debtor's property at 2902 Westbrook Lane, Bowie, Maryland 20721, so that the Movant can proceed with the foreclosure of its Deed of Trust; or alternatively

2.  For such other and further relief as the Court deems appropriate.

*/s/ Kevin Feig, Esq.*
Kevin Feig, Esq.
Attorney for Movant
Bar No. 15202
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-3361
bankruptcymd@mwc-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2022 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Janet M. Nesse
McNamee, Hosea, et.al.
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770
jnesse@mhlawyers.com

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Ste. 200
McLean, Virginia 22101
dpress@chung-press.com

I hereby further certify that on the 23rd day of September, 2022, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Shane Serrant
2902 Westbrook Lane
Bowie, Maryland 20721
(Via U.S Mail)

                                                              */s/ Kevin Feig, Esq.*
                                                              Kevin Feig, Esq.