UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Shane Serrant | § § | Case No. 20-20357 |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Janet M. Nesse Ch 7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,397.00
*(Without deducting any secured claims)*

Assets Exempt: 11,161.09

Total Distributions to Claimants: 33,298.48

Claims Discharged
Without Payment: 2,198,897.72

Total Expenses of Administration: 26,701.52

---

    3) Total gross receipts of $60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,234,580.00 | $1,237,036.42 | $1,237,036.42 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,701.52 | 26,701.52 | 26,701.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 404,189.16 | 404,189.16 | 33,298.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 528,305.38 | 65,121.66 | 65,121.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,762,885.38 | $1,733,048.76 | $1,733,048.76 | $60,000.00 |

4) This case was originally filed under chapter on 11/25/2020, and it was converted to chapter 7 on 02/23/2021. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2025   By:/s/Janet M. Nesse Ch 7
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2902 Westbrook Lane Bowie Md 20721-0000 Prince | 1110-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CCO Mortgage Corp., Attn: Bankruptcy 10561 Telegraph Rd Glen Allen, VA 23059 | | 1,154,022.00 | NA | NA | 0.00 |
| | HLG Custom Homes, LLC, 45 Old Solomons Island Road Beltsville, MD 20705 | | 66,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service, PO Box 7346 Philadelphia, PA 19101-7346 | | 11,161.00 | NA | NA | 0.00 |
| | Natl Insts Of Health F, 111 Rockville Pk Rockville, MD 20850 | | 3,397.00 | NA | NA | 0.00 |
| 5 | Citizens Bank Na F/K/A Rbs Citizens Na | 4110-000 | NA | 1,152,076.45 | 1,152,076.45 | 0.00 |
| 2 | Hlg Custom Homes, Llc | 4110-000 | NA | 71,603.33 | 71,603.33 | 0.00 |
| 3 | Internal Revenue Service | 4110-000 | NA | 11,161.00 | 11,161.00 | 0.00 |
| 11 | Natl Insts Of Health F | 4110-000 | NA | 2,195.64 | 2,195.64 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,234,580.00 | $1,237,036.42 | $1,237,036.42 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet M. Nesse | 2100-000 | NA | 6,250.00 | 6,250.00 | 6,250.00 |
| Insurance Partners | 2300-000 | NA | 24.86 | 24.86 | 24.86 |
| SelbertKecsur Insurance Partners | 2300-000 | NA | 31.05 | 31.05 | 31.05 |
| Axos Bank | 2600-000 | NA | 1,016.08 | 1,016.08 | 1,016.08 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | 3110-000 | NA | 19,250.00 | 19,250.00 | 19,250.00 |
| McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | 3120-000 | NA | 129.53 | 129.53 | 129.53 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $26,701.52 | $26,701.52 | $26,701.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Comptroller of Maryland, Revenue Administration Division 110 Carroll Street Annapolis, MD 21411 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 12 | Comptroller of the Treasury | 5800-000 | NA | 12,515.00 | 12,515.00 | 1,031.03 |
| 3 | Internal Revenue Service | 5800-000 | NA | 391,674.16 | 391,674.16 | 32,267.45 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $404,189.16 | $404,189.16 | $33,298.48 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services, Po Box 15369 Wilmington, DE 19850 | | 3,117.00 | NA | NA | 0.00 |
| | Frost & Associates | | 7,000.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 393,390.38 | NA | NA | 0.00 |
| | Kohls/Capital One, Attn: Credit Administrator Po Box 3043 Milwaukee, WI 53201 | | 777.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Montgomery County States Attorney's Offi, 50 Maryland Avenue Rockville, MD 20850 | | 65,000.00 | NA | NA | 0.00 |
| | Navy FCU, Attn: Bankruptcy Po Box 3000 Merrifield, VA 22119 | | 1,406.00 | NA | NA | 0.00 |
| | Offit / Kurman, Attorney's at Law Ian Patrick Bartman 50 Carrol Creek Way Suite 340 Frederick, MD 21701 | | 57,000.00 | NA | NA | 0.00 |
| | Receivable Management Inc, Bankruptcy Dept/Receivables Management S 7206 Hull Rd Ste 211 Richmond, VA 23235 | | 76.00 | NA | NA | 0.00 |
| | Verizon Wireless, Attn: Verizon Bankruptcy 500 Technology Dr, Ste 500 Weldon Springs, MO 63304 | | 156.00 | NA | NA | 0.00 |
| | Wells Fargo Bank NA, Attn: Bankruptcy Po Box 10438 Des Moines, IA 50306 | | 383.00 | NA | NA | 0.00 |
| 4 | Jpmorgan Chase Bank, N.A. | 7100-000 | NA | 3,117.45 | 3,117.45 | 0.00 |
| 10 | Kohl"s C/O Peritus Portfolio Services | 7100-000 | NA | 192.00 | 192.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lvnv Funding, Llc | 7100-000 | NA | 654.26 | 654.26 | 0.00 |
| 13 | Navy Federal Credit Union | 7100-000 | NA | 821.51 | 821.51 | 0.00 |
| 9 | Offit Kurman, P.A. | 7100-000 | NA | 59,693.15 | 59,693.15 | 0.00 |
| 6 | Patient First C/O Receivables Management Systems | 7100-000 | NA | 76.37 | 76.37 | 0.00 |
| 7 | Verizon | 7100-000 | NA | 153.60 | 153.60 | 0.00 |
| 8 | Verizon | 7100-000 | NA | 413.32 | 413.32 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $528,305.38 | $65,121.66 | $65,121.66 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 20-20357 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Janet M. Nesse Ch 7 |
|---|---|---|---|---|---|---|
| Case Name: | Shane Serrant | | | | Date Filed (f) or Converted (c): | 02/23/2021 (c) |
| | | | | | 341(a) Meeting Date: | 03/24/2021 |
| For Period Ending: | 02/12/2025 | | | | Claims Bar Date: | 05/04/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2902 Westbrook Lane Bowie Md 20721-0000 Prince Georges | 1,080,200.00 | 60,000.00 | | 60,000.00 | FA |
| 2. 2005 Acura Tl Mileage: 150000 Location: 2902 Westbrook Lane, Bowie Md 20721 | 2,007.00 | 0.00 | | 0.00 | FA |
| 3. 2002 Honda Accord Mileage: 180000 Location: 2902 Westbrook Lane, Bowie Md 20721 | 1,088.00 | 0.00 | | 0.00 | FA |
| 4. 2013 Honda Accord Mileage: 126000 Location: 2902 Westbrook Lane, Bowie Md 20721 | 6,478.00 | 0.00 | | 0.00 | FA |
| 5. Dining Room: Table, 4 Chairs, Silverware | 925.00 | 0.00 | | 0.00 | FA |
| 6. Living Room: 3 Couches, Rug, Tv Stand | 400.00 | 0.00 | | 0.00 | FA |
| 7. Bedrooms: 4 Beds, 2 Chairs, 3 Chest Of Drawers, 2 Desk | 400.00 | 0.00 | | 0.00 | FA |
| 8. Kitchen: Table, 5 Chairs, Microwave, 2 Refirgerator, Deep Freezer, 2 Dishwasher, Washing Machine, Dryer, Stove, Dishes, Cookware, Flatware, Stemware, Silverware | 500.00 | 0.00 | | 0.00 | FA |
| 9. Other Rooms: Desk, Chair, Vacuum Cleaner, Iron, Tools, Power Tools | 150.00 | 0.00 | | 0.00 | FA |
| 10. 2 Televisions, Radio, Computer, Small Household Supplies | 500.00 | 0.00 | | 0.00 | FA |
| 11. Used Men's Clothing, Shoes, And Accessories | 500.00 | 0.00 | | 0.00 | FA |
| 12. Used Men's Jewelry And Accesories | 100.00 | 0.00 | | 0.00 | FA |
| 13. Cash | 0.00 | 0.00 | | 0.00 | FA |
| 14. Td Bank Checking Account Xxxxxx6575 | 134.25 | 0.00 | | 0.00 | FA |
| 15. Td Bank Checking Account Xxxxxxx4906 | 1,375.84 | 0.00 | | 0.00 | FA |
| 16. Auto Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,094,758.09       $60,000.00       $60,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Notice of Default filed with the court  - theresamackey 11/13/2023
Funds have not all been paid, enforcement and house sale, avoidance action to commence   - theresamackey 7/15/2023
Outline suit and 2004 exam - theresamackey 3/30/2023
Wating for December payment  - theresamackey 12/12/2022
Payments being  made  - theresamackey 10/12/2022
Case settled, awaiting additional funds -  - theresamackey 6/20/2022
Awaiting information on preference and mortgage  - theresamackey 6/15/2021
Possible short sale  - theresamackey 4/23/2021

Exhibit 8

Initial Projected Date of Final Report (TFR): 04/30/2022    Current Projected Date of Final Report (TFR): 12/31/2024

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-20357  
Case Name: Shane Serrant  
Taxpayer ID No: XX-XXX5075  
For Period Ending: 02/12/2025  

Trustee Name: Janet M. Nesse Ch 7  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0820  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/22 | 1 | Chung & Press, P.C.<br>6718 Whittier Ave<br>Suite 200<br>Mclean, VA 22101 | Settlement - Compromise of Controversy Dkt 85 | 1110-000 | $5,000.00 | | $5,000.00 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.00 | $4,995.00 |
| 03/10/22 | 1 | Shane Serrant<br>13006 Linganore Pl<br>Beltsville, MD 20705 | Settlement Compromise Controversy Dkt 85 Settlement Compromise Controversy Dkt 85 | 1110-000 | $5,000.00 | | $9,995.00 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.43 | $9,985.57 |
| 04/13/22 | 1 | Shane Serrant<br>13006 Linganore Pl<br>Beltsville, MD 20705 | Settlement Compromise Controversy Dkt 85 | 1110-000 | $5,000.00 | | $14,985.57 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.87 | $14,971.70 |
| 05/16/22 | 1 | Shane Serrant<br>13006 Linganore Pl<br>Beltsville, MD 20705 | Settlement compromise Controversy Dkt 85 | 1110-000 | $5,000.00 | | $19,971.70 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.38 | $19,952.32 |
| 06/22/22 | 1 | Shane Serrant<br>13006 Linganore Pl<br>Beltsville, MD 20705 | Settlement compromise controversy Dkt 85 | 1110-000 | $5,000.00 | | $24,952.32 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.92 | $24,929.40 |
| 08/01/22 | 1 | Shane Serrant<br>13006 Linganore Pl.<br>Beltsville, MD 20705 | Compromise of Controversy Dkt 85 | 1110-000 | $5,000.00 | | $29,929.40 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.52 | $29,901.88 |

Page Subtotals: $30,000.00   $98.12

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-20357  
Case Name: Shane Serrant  
Taxpayer ID No: XX-XXX5075  
For Period Ending: 02/12/2025  

Trustee Name: Janet M. Nesse Ch 7  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0820  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.01 | $29,868.87 |
| 09/15/22 | 1 | Shane Serrant 13006 Linganore Pl Beltsville, MD 20705 | Settlement Compromise Controversy Dkt 85 | 1110-000 | $5,000.00 | | $34,868.87 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.76 | $34,834.11 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.46 | $34,795.65 |
| 11/02/22 | 1 | Shane Serrant 13006 Linganore Pl Beltsville, MD 20705 | Settlement compromise Controversy Dkt85 | 1110-000 | $5,000.00 | | $39,795.65 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.34 | $39,753.31 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.89 | $39,709.42 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.85 | $39,665.57 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.56 | $39,626.01 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.75 | $39,582.26 |
| 04/27/23 | 2001 | Insurance Partners 2950 West Market Street Akron, OH 44333 | 2023 Bond Payment | 2300-000 | | $24.86 | $39,557.40 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.30 | $39,515.10 |

Page Subtotals: $10,000.00   $386.78

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 20-20357  
Case Name: Shane Serrant  
Trustee Name: Janet M. Nesse Ch 7  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0820  
Checking  

Taxpayer ID No: XX-XXX5075  
For Period Ending: 02/12/2025  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.64 | $39,471.46 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.17 | $39,429.29 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.54 | $39,385.75 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.49 | $39,342.26 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.04 | $39,300.22 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.39 | $39,256.83 |
| 11/20/23 | 1 | Shane Serrant<br>13006 Linganore Pl<br>Beltsville, MD 20705 | Settlement payment | 1110-000 | $10,000.00 | | $49,256.83 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.51 | $49,211.32 |
| 12/14/23 | 1 | Shane Serrant<br>13006 Linganore Place<br>Beltsville, MD 20705 | Settlement | 1110-000 | $10,000.00 | | $59,211.32 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.75 | $59,150.57 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.31 | $59,085.26 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.03 | $59,024.23 |

Page Subtotals: $20,000.00   $490.87

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-20357 | Trustee Name: Janet M. Nesse Ch 7 |
| Case Name: Shane Serrant | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0820 |
| | Checking |
| Taxpayer ID No: XX-XXX5075 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 02/12/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.17 | $58,959.06 |
| 04/02/24 | 2002 | SelbertKecsur Insurance Partners 26865 Center Ridge Road Westlake, OH 44145 | Bond Payment 2024 | 2300-000 | | $31.05 | $58,928.01 |
| 09/04/24 | 2003 | Chapter 7 Trustee Janet M. Nesse MCNAMEE HOSEA 6404 IVY LANE STE 820 GREENBELT, MD 20770 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2100-000 | | $6,250.00 | $52,678.01 |
| 09/04/24 | 2004 | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Distribution | | | $19,379.53 | $33,298.48 |
| | | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. ($19,250.00) | 3110-000 | | | |
| | | McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. ($129.53) | 3120-000 | | | |
| 09/04/24 | 2005 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Final distribution to claim 3 creditor account # representing a payment of 8.24% per court order. | 5800-000 | | $32,267.45 | $1,031.03 |
| 09/04/24 | 2006 | Comptroller of the Treasury Compliance Division, Room 409 301 W. Preston Street Baltimore, MD 21201 | Final distribution to claim 12 creditor account # representing a payment of 8.24% per court order. | 5800-000 | | $1,031.03 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $60,000.00 | $60,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $60,000.00 | $60,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $60,000.00 | $60,000.00 |

Page Subtotals: $0.00   $59,024.23

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0820 - Checking | $60,000.00 | $60,000.00 | $0.00 |
|  | $60,000.00 | $60,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $60,000.00 |
| Total Gross Receipts: | $60,000.00 |

Page Subtotals: $0.00 $0.00