Entered: February 13, 2025
Signed:  February 13, 2025

**SO ORDERED**



_María Ellena Chavez-Ruark_

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   20–20357 – MCR      Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Shane Serrant
2902 Westbrook Lane
Bowie, MD 20721

Social Security No.:   xxx–xx–5571

Employer's Tax I.D. No.:

---

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 11/25/20.

The estate of the above–named debtor has been fully administered.

ORDERED, that Janet M. Nesse is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

_fnldec – MarkRybczynski_